IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TYSON BAUER,<br><br>　　　　　　　Defendant. | 4:25CR3062<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Jessica L. Milburn to withdraw as counsel of record for Defendant, (Filing No. 7), is granted.

2) Defendant's newly retained counsel, Stuart J. Dornan, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Jessica L. Milburn from any future ECF notifications herein.

Dated this 6th day of August, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge